**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL CASE NO. 1:11cr84**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| **MARIO CLOTINHO GOMES.** | ) | |
| | ) | |

THIS MATTER is before the Court on the Government's Motion to Dismiss Counts Three and Four of the Bill of Indictment, as amended [Docs. 12, 13], and the Defendant's Objection thereto [Doc. 14].

On February 21, 2012, the Government filed a Superseding Bill of Indictment in this case. As such, the Government's Motion to Dismiss, as amended, and the Defendant's Objection thereto are now moot.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Counts Three and Four of the Bill of Indictment, as amended [Docs. 12, 13], and the Defendant's Objection thereto [Doc. 14] are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Signed: February 28, 2012

Martin Reidinger
United States District Judge